UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KARLIS RUBEN AUGUSTUS HOWARD,<br><br>Plaintiff,<br><br>v.<br><br>HEATHER SHIRELY, *et al.*,<br><br>Defendants. | Case No. 1:24-cv-01338-EPG (PC)<br><br>FINDINGS AND RECOMMENDATIONS THAT (1) THIS CASE PROCEED ONLY ON PLAINTIFF'S FOURTH AMENDMENT CLAIMS AGAINST DEFENDANTS SHIRLEY, SINGLETON, MADDUX, SANCHEZ, CARPENTER, RODRIGUEZ, JOHN DOES 1–20, AND JOHN DOE SUPERVISORS 1–5; (2) DEFENDANTS KERN COUNTY AND WASCO CITY BE DISMISSED AS DEFENDANTS WITH PREJUDICE; AND (3) ALL PLAINTIFF'S OTHER CLAIMS BE DISMISSED WITH PREJUDICE<br><br>(ECF Nos. 1, 11, 13)<br><br>OBJECTIONS, IF ANY, DUE WITHIN 30 DAYS |

Plaintiff Karlis Ruben Augustus Howard proceeds *pro se* and *in forma pauperis* in this civil rights action filed under 42 U.S.C. § 1983. (ECF No. 1). The complaint alleges that various prison officials subjected Plaintiff to unreasonably harassing and punitive strip searches and maliciously destroyed his property.

On June 9, 2025, the Court screened the complaint, concluding that Plaintiff sufficiently stated a claim under the Fourth Amendment for unreasonable search against Defendants Shirley, Singleton, Maddux, Sanchez, Carpenter, Rodriguez, John Does 1–20, and John Doe Supervisors 1–5. (ECF No. 11). The Court also explained why the complaint otherwise failed

1

to state any claims and, specifically, failed to state a *Monell* claim against Defendants Kern County and Wasco City. The Court gave Plaintiff thirty days to either file (1) a notice to go forward on his cognizable claim, (2) a second amended complaint; or (3) a notice to stand on his complaint and have it reviewed by a district judge. (*Id.* at 11-13).

On July 16, 2025, Plaintiff filed a "Motion to Proceed on All Claims Deemed Cognizable," stating that Plaintiff is "moving this court for an order to proceed on all claims deemed cognizable claim, valid, warranted claims for deprivation of 4th amendment federal constitutional right to be free from unreasonable searches and seizures." (ECF No. 13 at 2).

Accordingly, for the reasons set forth in the Court's screening order that was entered on June 9, 2025 (ECF No. 11), and because Plaintiff has notified the Court that he wants to proceed on the "4th amendment federal constitutional right to be free from unreasonable searches and seizures" (ECF No. 13 at 2), IT IS RECOMMENDED that:

1. This case proceed on Plaintiff's Fourth Amendment claim for unreasonable search against Defendants Shirley, Singleton, Maddux, Sanchez, Carpenter, Rodriguez, John Does 1–20, and John Doe Supervisors 1–5;
2. Defendants Kern County and Wasco City be dismissed with prejudice for failure to state a cognizable claim against them; and
3. All other claims be dismissed with prejudice for failure to state a claim.

Additionally, the Clerk of Court is DIRECTED to assign a District Judge to this case.

These findings and recommendations will be submitted to the United States District Judge assigned to the case, pursuant to the provisions of Title 28 U.S.C. § 636(b)(1). Within thirty (30) days after being served with these findings and recommendations, Plaintiff may file written objections with the Court. The document should be captioned "Objections to Magistrate Judge's Findings and Recommendations." Any objections shall be limited to no more than 15 pages, including exhibits.

\\\
\\\
\\\

Plaintiff is advised that failure to file objections within the specified time may result in the waiver of rights on appeal. *Wilkerson v. Wheeler*, 772 F.3d 834, 838-39 (9th Cir. 2014) (citing *Baxter v. Sullivan*, 923 F.2d 1391, 1394 (9th Cir. 1991)).

IT IS SO ORDERED.

Dated: __July 22, 2025__   /s/ Erica P. Grosjean
UNITED STATES MAGISTRATE JUDGE