UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KARLIS RUBEN AUGUSTUS HOWARD,<br><br>                Plaintiff,<br><br>    v.<br><br>HEATHER SHIRELY, et al.,<br><br>                Defendants. | Case No. 1:24-cv-01338-KES-EPG (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS<br><br>Docs. 13, 15 |

      Plaintiff Karlis Ruben Augustus Howard proceeds pro se and in forma pauperis in this civil rights action filed under 42 U.S.C. § 1983. Docs. 1, 8. The matter was referred to a United States magistrate judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

      On June 9, 2025, the assigned magistrate judge screened plaintiff's first amended complaint and found it to state a cognizable Fourth Amendment claim against defendants Shirley, Singleton, Maddux, Sanchez, Carpenter, Rodriguez, John Does #1-20, and John Doe Supervisors #1-5. Doc. 11. The screening order found that plaintiff's remaining allegations failed to state a claim. *Id.* On July 16, 2025, per the screening order, plaintiff filed a notice stating his intention to proceed only on the claim that the screening order found cognizable. Doc. 13. On July 22, 2025, the assigned magistrate judge issued findings and recommendations that this case proceed only as to the cognizable claim as identified in the screening order. Doc. 15. The findings and recommendations contained notice that any

1

objections thereto were to be filed within thirty days (30) after service. *Id.* at 2. No objections were filed and the time to do so has passed.

In accordance with the provisions of 28 U.S.C. § 636(b)(1), the Court has conducted a de novo review of this case. Having carefully reviewed the file, the Court find that the findings and recommendations are supported by the record and proper analysis.

Accordingly:

1. The findings and recommendations issued on July 22, 2025, Doc. 15, are ADOPTED in full;
2. This action PROCEEDS on plaintiff's first amended complaint only as to his Fourth Amendment claim for unreasonable search against defendants Shirley, Singleton, Maddux, Sanchez, Carpenter, Rodriguez, John Does #1–20, and John Doe Supervisors #1–5;
3. All other remaining claims and defendants are DISMISSED for failure to state a claim; and
4. This matter is referred back to the assigned magistrate judge for further proceedings.

IT IS SO ORDERED.

Dated:   September 21, 2025

UNITED STATES DISTRICT JUDGE

2