1

2

3

4

5

6                         UNITED STATES DISTRICT COURT

7                         EASTERN DISTRICT OF CALIFORNIA

8

9    KARLIS RUBEN AUGUSTUS                    Case No.   1:24-cv-01338-KES-EPG
     HOWARD.,
10                                            ORDER REGARDING STIPULATION FOR
                    Plaintiff,                DISMISSAL OF ACTION WITH PREJUDICE
11                                            AND DIRECTING CLERK OF COURT TO
          v.                                  CLOSE THE CASE
12
     SHIRLEY, et al.,                         (ECF No. 35)
13
                    Defendant.
14

15          On November 24, 2025, Plaintiff Karlis Ruben Augustus Howard and Defendants B.

16   Maddux, H. Shirley, J. Rodriguez, K. Carpenter, R. Singleton, and S. Lopez filed a joint

17   stipulation dismissing the action with prejudice under Federal Rule of Civil Procedure

18   41(a)(1)(A)(ii).

19          Upon consideration of the parties' stipulation, this action has been terminated pursuant to

20   Fed. R. Civ. P. 41(a)(1)(A)(ii). The action is dismissed with prejudice and without an award of

21   costs or attorneys' fees.

22          Accordingly, the Clerk of Court is directed to close the case.

23

24   IT IS SO ORDERED.

25     Dated:   **November 25, 2025**              /s/ Erica P. Grosjean
26                                            UNITED STATES MAGISTRATE JUDGE

27

28

                                                 1